UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  
    RICKY BANISTER  
    DOMINQUE BANISTER  
        Debtor(s)

Case No. 11-35136-DOF

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Carl L. Bekofske, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/09/2011.

2) The plan was confirmed on 01/19/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/27/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/14/2013.

5) The case was converted on 07/16/2013.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $3,023.20 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$3,023.20** |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,640.89 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $104.13 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$1,745.02** |
| Attorney fees paid and disclosed by debtor: | $469.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI, INC. | Unsecured | NA | 414.20 | 414.20 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 487.04 | 487.04 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | NA | 251.31 | 251.31 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | NA | 251.75 | 251.75 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 291.00 | 291.15 | 291.15 | 0.00 | 0.00 |
| CBM | Unsecured | 3,487.00 | NA | NA | 0.00 | 0.00 |
| CBM | Unsecured | 532.00 | NA | NA | 0.00 | 0.00 |
| CBM CREDIT SERVICES | Unsecured | 11,338.00 | 15,358.45 | 15,358.45 | 0.00 | 0.00 |
| CONSUMERS ENERGY COMPANY | Unsecured | NA | 2,566.14 | 2,566.14 | 0.00 | 0.00 |
| CRED SER BUR | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION SERVICE | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION SERVICE | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 2,418.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Unsecured | 3,663.00 | 17,632.91 | 17,632.91 | 0.00 | 0.00 |
| ELIZABETH L MARTIN PC | Unsecured | 1,825.00 | 1,824.81 | 1,824.81 | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| GENESEE COUNTY FOC | Priority | 0.00 | 3,965.59 | 3,965.59 | 0.00 | 0.00 |
| GENESEE COUNTY FOC | Priority | 0.00 | 2,705.41 | 2,705.41 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 7,505.00 | 7,505.07 | 7,505.07 | 0.00 | 0.00 |
| LIBERTY UNIVERSITY | Unsecured | NA | 2,145.00 | 2,145.00 | 0.00 | 0.00 |
| LJ ROSS | Unsecured | 4,650.00 | NA | NA | 0.00 | 0.00 |
| MICHIGAN DEPT. OF TREASURY/REV | Unsecured | NA | 7,399.55 | 7,399.55 | 0.00 | 0.00 |
| MICHIGAN HIGHER EDUCAT ASST. | Unsecured | 3,185.00 | NA | NA | 0.00 | 0.00 |
| MICHIGAN HIGHER EDUCAT ASST. | Unsecured | 2,820.00 | NA | NA | 0.00 | 0.00 |
| MICHIGAN HIGHER EDUCAT ASST. | Unsecured | 2,115.00 | NA | NA | 0.00 | 0.00 |
| MONEY RECOVERY NATIONWIDE | Unsecured | 790.00 | 1,440.43 | 1,440.43 | 0.00 | 0.00 |
| MONEY RECOVERY NATIONWIDE | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MONEY RECOVERY NATIONWIDE | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| MONEY RECOVERY NATIONWIDE | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| MONEY RECOVERY NATIONWIDE | Unsecured | 14.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN | Unsecured | 619.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 426.00 | 425.62 | 425.62 | 0.00 | 0.00 |
| RECOVERY MANAGEMENT SYSTEM | Unsecured | NA | 178.01 | 178.01 | 0.00 | 0.00 |
| RPM AUTO SALES | Unsecured | 18,090.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 3,268.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 2,050.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 1,798.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 1,219.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 1,163.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 705.00 | 705.00 | 705.00 | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 662.00 | 443.13 | 443.13 | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 217.00 | 217.00 | 217.00 | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 181.00 | 538.29 | 538.29 | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 147.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 95.00 | 108.80 | 108.80 | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| RUSSELL COLLECTION AGENCY | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,499.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,108.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,998.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 901.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 1,875.00 | 2,196.23 | 2,196.23 | 0.00 | 0.00 |
| SECURITY CREDIT UNION | Unsecured | NA | 2,616.89 | 2,616.89 | 0.00 | 0.00 |
| SECURITY CREDIT UNION | Secured | 10,910.00 | 8,500.00 | 8,500.00 | 707.73 | 570.45 |
| SENEX SERVICES CORP | Unsecured | 553.00 | NA | NA | 0.00 | 0.00 |
| SENEX SERVICES CORP | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| STATE OF MICHIGAN OFFICE CHI. | Unsecured | 30,973.00 | NA | NA | 0.00 | 0.00 |
| STATE OF MICHIGAN OFFICE CHI. | Unsecured | 4,086.00 | NA | NA | 0.00 | 0.00 |
| STATE OF MICHIGAN OFFICE CHI. | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 317.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $8,500.00 | $707.73 | $570.45 |
| **TOTAL SECURED:** | **$8,500.00** | **$707.73** | **$570.45** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,671.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,671.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$64,996.78** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,745.02 |
| Disbursements to Creditors | $1,278.18 |
| **TOTAL DISBURSEMENTS:** | **$3,023.20** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/11/2013     By: /s/ Carl L. Bekofske
                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**